1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTOINE DESHAWN BARNES,                    No.  2:20-cv-01105 GGH P

12              Petitioner,

13        v.                                     ORDER

14    CALIFORNIA DEPARTMENT
      CORRECTIONS DIRECTOR,
15
                Respondent.
16

17

18        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19    corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed a request to

20    proceed in forma pauperis.  In his application, petitioner challenges a conviction issued by the

21    Kings County Superior Court. Kings County is part of the Fresno Division of the United States

22    District Court for the Eastern District of California. See Local Rule 120(d).

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24    division of a court may, on the court's own motion, be transferred to the proper division of the

25    court. Therefore, this action will be transferred to the Fresno Division of the court.

26        Good cause appearing, IT IS HEREBY ORDERED that:

27        1.  This action is transferred to the United States District Court for the Eastern District of

28    California sitting in Fresno; and

1

1       2.  All future filings shall reference the new Fresno case number assigned and shall be

2   filed at:

United States District Court
3   Eastern District of California
2500 Tulare Street
4   Fresno, CA 93721

5   Dated: June 16, 2020

/s/ Gregory G. Hollows
6   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28